June 15, 2007

Mr. Robert C. Scruggs
King, LeBlanc & Bland, P.L.L.C.
6363 Woodway, Suite 750
Houston, TX 77057
Ms. Valorie W. Davenport
Davenport Legal Group
440 Louisiana, Suite 1210
Houston, TX 77002

RE: Case Number: 04-0993
 Court of Appeals Number: 01-03-00157-CV
 Trial Court Number: 1999-61282

Style: GOODYEAR TIRE AND RUBBER COMPANY
 v.
 PATRICK MAYES

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause. Pursuant to Texas Rule
of Appellate Procedure 59.1, after granting the petition for review and
without hearing oral argument, the Court reverses the court of appeals'
judgment and renders judgment.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Margie |
| |Thompson |
| |Mr. Charles |
| |Bacarisse |